UNITED STATES of America,
Plaintiff–Appellee,

v.

Tony Curtis SPIVEY, a/k/a Tony–
Red, Defendant–Appellant.

No. 16–6261.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 2, 2016.

Decided: May 19, 2016.

Tony Curtis Spivey, Appellant Pro Se.
Robert Edward Bradenham, II, Assistant
United States Attorney, Newport News,
Virginia, Dee Mullarkey Sterling, Assis-
tant United States Attorney, Norfolk, Vir-
ginia, for Appellee.

Before DIAZ and FLOYD, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Tony Curtis Spivey appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Spivey,* No. 4:11–cr–00055–AWA–DEM–19 (E.D.Va. Feb. 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*